NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICHOLAS J. BORSELLINO,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-3055
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____    )


Opinion filed June 5, 2019.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.